UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICK YELDO, individually and on
behalf of all others similarly situated,

 Plaintiff,

 v.        CASE NO.: 2:17-CV-11011-GCS-SDD
            JUDGE: GEORGE CARAM STEEH

MUSCLEPHARM CORP.,

 Defendant.

---

| BARBAT, MANSOUR & SUCIU PLLC | DICKINSON WRIGHT, PLLC |
|---|---|
| Nick Suciu (P72052) | Thomas G. McNeill (P36895) |
| Attorneys for Plaintiff | Max A. Aidenbaum (P78793) |
| 1644 Bracken Rd. | Attorneys for Defendant |
| Bloomfield Hills, Michigan 48302 | 500 Woodward Avenue, Suite 4000 |
| (313) 303-3472 | Detroit, Michigan 48226 |
| | (313) 223-3500 |
| CHAIKIN LAW FIRM PLLC | |
| Jordan L. Chaikin | |
| Attorneys for Plaintiff | |
| 12800 University Drive, Suite 600 | |
| Fort Myers, Florida 33907 | |
| (239) 470-8338 | |

---

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

 Plaintiff has settled his individual claim, to which Fed.R.Civ.P. 23(e) does not apply.

 Therefore, the Parties have stipulated to the entry of this order and the Court

is otherwise informed in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 41(a)(2), this case is dismissed with prejudice and without costs to any party.

s/George Caram Steeh<br>
Hon. George Caram Steeh<br>
U.S. District Judge

February 12, 2018

STIPULATED AND AGREED:

BARBAT, MANSOUR & SUCIU PLLC

By: /s/ Nick Suciu (w/consent)_____
    Nick Suciu (P72052)
    Co-Counsel for Plaintiff

CHAIKIN LAW FIRM PLLC

By: /s/ Jordon L. Chaikin (w/consent)__
    Jordan L. Chaikin
    Co-Counsel for Plaintiff

DICKINSON WRIGHT, PLLC

By: /s/ Thomas G. McNeill_____
    Thomas G. McNeill (P36895)
    Counsel for Defendant